JACK MARVIN FLIPPIN v. STATE.

No. A-8660. May 4, 1934.
(32 Pac. [2d] 1119.)

W. N. Maben, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

DAVENPORT, J. The plaintiff in error, hereinafter called the defendant, was convicted of stealing an automobile, and sentenced by the court to be imprisoned in the state penitentiary for a term of five years.

The record in this case was filed in this court December 13, 1933; no brief has been filed in support of the defendant's assignment of errors.

A careful examination discloses no fundamental errors, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.

EDWARDS, P. J., and CHAPPELL, J., concur.